IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS J. SCHIFFRENS, <br><br> Defendant. | PO 15-5026-BLG-TJC <br><br> Violation No. F4268460, F3643342, F4268459, F3643340 <br> Location Code: M3 <br><br> ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE |

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss Violation Notices F4268460, F3643342, F4268459, and F3643340 without prejudice is GRANTED. (Doc. 29.) These matters are therefore DISMISSED without prejudice.

IT IS FURTHER ORDERED that the warrants issued on September 19, 2016 for Thomas J. Schiffrens regarding Violation Notices F4268460, F3643342, F4268459, and F3643340 shall be QUASHED.

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 1st day of August, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge